UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
DEBRA BAREFOOT, DEVOLION BROWN, :
NANCY M. JONES, JAMES MCLAURIN, :
PAIGE RILEY, JOYCE SHEROAN, WILLIAM :
SINGLETARY, DOROTHY SKAGGS, MARY :
STEELE, JANET WALTERS, :
 :
    Plaintiffs, : Civil Action
v. : No. 04-11198-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
    Defendants. :
---------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 24, 2004           Respectfully submitted,
    Boston, Massachusetts

                               /s/Matthew J. Matule
                               Matthew J. Matule (BBO #632075)
                               SKADDEN, ARPS, SLATE,
Of Counsel:                      MEAGHER & FLOM LLP
Barbara Wrubel                 One Beacon Street
Katherine Armstrong            Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,          (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                 Counsel for Defendant
                               Boehringer Ingelheim Pharmaceuticals, Inc.